450 A.2d 1070

Commonwealth v. Worthy, Appellant.

Submitted January 26, 1982.   Gerald Thomas

Gervasi, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order affirmed.